```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/01/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONIMARIE RHONE, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

Petticoat Junction, Inc.,

                    Defendant.

23 Civ. 7814 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the proposed case management plan filed on October 31, 2023. ECF No. 14. The Court shall not endorse the plan in its current form. The submission is required to be a joint one, which means that all parties must agree to proposed deadlines and abide by the schedule to be so-ordered by the Court. The case management plan is not accompanied by a joint letter, as required by the Court's September 7, 2023 order. *See* ECF No. 5. It contains no indicia that it has been jointly prepared.

      The proposed case management plan has two additional deficiencies. First, paragraph 8 states a date for the submission of pre-motion letters for summary judgment that is greater than 14 days after the close of fact discovery. *See* ECF No. 14 ¶ 8. The Court shall not extend this deadline at this time. Second, the proposed plan indicates that mediation shall be used on June 12, 2024, without providing a rationale for a date that is more than three months after the close of fact discovery. *See id.* ¶ 10(c).

      Accordingly, by **November 8, 2023**, the parties shall submit a joint letter and a revised proposed case management plan.

      SO ORDERED.

Dated: November 1, 2023
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge