The Law Office of Noor A. S[...]
380 North Broadway, Penthouse [...]
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709[...]
Email: NoorASaabLaw@Gmail.[...]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/22/2024_

January 19, 2024

**VIA ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re:   **Tonimarie Rhone v. Petticoat Junction, Inc. - Case No. 1:23-cv-07814-AT**

To the Honorable Judge Analisa Torres,

Plaintiff submits this letter-motion pursuant to Your Honor's Order dated December 14, 2023 (Docket # 21). Plaintiff respectfully requests an extension of time to submit an amended case management plan. Counsel for the Defendant is away until January 26, 2024 on a personal matter and therefore the parties are not able to confer regarding the proposed amended schedule. The parties have made progress in early resolution discussions and intend to resume settlement discussions once counsel for the Defendant returns. Plaintiff respectfully requests a two (2) week extension of time from January 19, 2024 to February 3, 2024 to file the amended case management plan. This is the first time this relief is being requested and is with the consent of the Defendant.

The parties wish to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Plaintiffs' Attorney*

GRANTED. By **February 3, 2024**, Plaintiff shall file an amended proposed case management plan. There shall be no further extensions to this deadline unless good cause is shown.

SO ORDERED.

Dated: January 22, 2024
       New York, New York

ANALISA TORRES
United States District Judge