UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONIMARIE RHONE, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

Petticoat Junction, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/2024

23 Civ. 7814 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 13, 2023, the parties sought an extension of thirty days for Defendant to file its answer and for Plaintiff to file an amended case management plan. ECF No. 20. The Court granted the extension and set the deadline for each as January 19, 2024. ECF No. 21. The Court subsequently granted Plaintiff another extension of its deadline to submit an amended case management plan by February 3, 2024. ECF No. 24. That submission is now overdue. And Defendant has yet to respond to the complaint.

    By **February 20, 2024**, the parties shall file a joint letter providing a status update as to this matter, including (1) Plaintiff's intentions as to the prosecution of this action, and (2) whether any mediation session has been scheduled. Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.

    SO ORDERED.

Dated: February 6, 2024
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge